IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLAUDIO D. & DALINDA ANDRADE, § § § Plaintiffs, § § v. § COUNTRYWIDE KB HOME LOANS, § MORTGAGE ELECTRONIC § REGISTRATION SERVICES, INC.; § G. TOMMY BASTIAN, et al., § RECONTRUST COMPANY, NA, § BANK OF AMERICA, NA, § COUNTRYWIDE HOME LOANS, § INC., THE BANK OF NEW YORK § MELLON, COLFIN AI-TX 1, LLC, § and DOES 1-X, § § Defendants. § | Civil Action No. 3:14-CV-3969-K |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Bank Defendants' Motion to Strike Plaintiffs' August 5, 2015 Amended Complaint*, filed August 19, 2015 (doc. 25) is **DENIED**, and their *Motion to Dismiss Plaintiffs' August 5,*

*2015 Amended Complaint and Brief in Support*, is **GRANTED.**  Plaintiff's Objections filed on March 7, 2016 are **OVERRULED.**  All of the plaintiffs' claims against the remaining defendants are dismissed with prejudice.

    SO ORDERED

    Signed March 13th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE