IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CLAUDIO D. & DALINDA ANDRADE,** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | **Civil Action No. 3:14-CV-3969-K** |
| | § | |
| **COUNTRYWIDE KB HOME LOANS,** | § | |
| **MORTGAGE ELECTRONIC** | § | |
| **REGISTRATION SERVICES, INC.;** | § | |
| **G. TOMMY BASTIAN, et al.,** | § | |
| **RECONTRUST COMPANY, NA, BANK** | § | |
| **OF AMERICA, NA, COUNTRYWIDE** | § | |
| **HOME LOANS, INC., THE BANK OF** | § | |
| **NEW YORK MELLON, COLFIN AI-TX** | § | |
| **1, LLC, and DOES 1-X,** | § | |
| Defendants. | § | **Referred to U.S. Magistrate Judge** |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is the plaintiffs' motion to proceed in forma pauperis on appeal, received April 4, 2016 (doc. 42).

(**X**) The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

(**X**) Plaintiffs are not paupers. A review of the financial information provided by plaintiffs shows a total monthly income of $7,524.00 and total monthly expenses of approximately $6,205.00. Given this financial information showing monthly income exceeding monthly expenses by $1,319.00, the Court should conclude that plaintiffs will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

**If the Court denies the request to proceed *in forma pauperis* on appeal, plaintiffs may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 6th day of April, 2016.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE