IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLAUDIO D. & DALINDA ANDRADE, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:14-CV-3969-K |
| COUNTRYWIDE KB HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.; G. TOMMY BASTIAN, et al., RECONTRUST COMPANY, NA, BANK OF AMERICA, NA, COUNTRYWIDE HOME LOANS, INC., THE BANK OF NEW YORK MELLON, COLFIN AI-TX 1, LLC, and DOES 1-X, | § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)   The motion for leave to proceed *in forma pauperis* on appeal is DENIED for the following reasons:

(**X**)   Plaintiffs are not paupers. A review of the financial information provided by plaintiffs shows a total monthly income of $7,524.00 and total monthly expenses of approximately $6,205.00. Given this financial information showing monthly income exceeding monthly expenses by $1,319.00, the Court concludes that plaintiffs will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

Although this Court has denied leave to proceed *in forma pauperis* on appeal, plaintiffs may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).

SO ORDERED.

**Signed April 11th, 2016.**

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**